IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | ) Case No. 06-0318M-01 (DAR) |
| | ) |
| **MELVIN GALE,** | ) |
| | ) |
| **Defendant.** | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                              Respectfully submitted,

                              A.J. KRAMER
                              FEDERAL PUBLIC DEFENDER


                              _____/s/_____
                              Tony L. Axam
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W., Suite 550
                              Washington, D.C.  20004
                              (202) 208-7500