AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MELVIN GALE

**WARRANT FOR ARREST**

CASE NUMBER: 06-318-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Melvin Gale___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Distribution of a controlled substance.

**FILED**
JUL 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __21__ United States Code Section(s) __841(a)__.

Deborah A. Robinson
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Deborah A. Robinson
United States Magistrate Judge
District of Columbia

Signature of Issuing Officer

JUL 11 2006
Date and Location

Bail fixed at $ __HWOB__   by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ~~ARRESTING~~ OFFICER | SIGNATURE OF ~~ARRESTING~~ OFFICER |
|---|---|---|
| 7/11/06 | Fitzgerald, Derrick DUSM | Reporting /s/ David Zapf |
| DATE OF ARREST 7/13/06 | | |