UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MELVIN GALE<br><br><br>Defendant. | Crim. Action No. 06-0318M<br>DAR<br><br>**FILED**<br>JUL 1 8 2006<br>NANCY MAYER-WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

It is, this 18th day of July, 2006,

**ORDERED** that defendant continue to receive appropriate medication and treatment for all conditions diagnosed during the examinations by the District of Columbia Department of Corrections medical staff on July 13, 14 and 15;* and it is

**FURTHER ORDERED** that the District of Columbia Department of Corrections medical staff shall determine whether Defendant's medical needs can be met in the District of Columbia Jail, and if not, shall transfer him to CTF or an appropriate medical facility.

July 18, 2006

_____
DEBORAH A. ROBINSON
United States Magistrate Judge

---

\* The undersigned has conferred with the General Counsel of the District of Columbia Department of Corrections, who advised that Defendant was examined by members of the medical staff on July 13, 14 and 15, and that his medication will be administered to him commencing upon his return from court this afternoon.